958

No. 01–529.  HOOVER ET AL. v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 01–724.  CAPANO v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 01–1145.  RITH ENERGY, INC. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 01–1230.  SPARING v. VILLAGE OF OLYMPIA FIELDS ET AL. C. A. 7th Cir.  Certiorari denied.

No. 01–1245.  RUTHERFORD ET AL. v. DEORLE.  C. A. 9th Cir. Certiorari denied.

No. 01–1410.  DELONG v. DEPARTMENT OF HEALTH AND HUMAN SERVICES.  C. A. Fed. Cir.  Certiorari denied.

No. 01–1440.  ORIN v. BARCLAY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–1446.  FORMAN v. SMALL, SECRETARY, SMITHSONIAN INSTITUTION.  C. A. D. C. Cir.  Certiorari denied.

No. 01–1496.  STEWART, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED v. ABRAHAM ET AL.  C. A. 3d Cir. Certiorari denied.

No. 01–1555.  FENTROY v. DILLARDS TEXAS OPERATING LIMITED PARTNERSHIP.  C. A. 5th Cir.  Certiorari denied.

No. 01–1576.  FARRIOR v. WATERFORD BOARD OF EDUCATION. C. A. 2d Cir.  Certiorari denied.

No. 01–1582.  FIRESTONE ET AL. v. SOUTHERN CALIFORNIA GAS CO.  C. A. 9th Cir.  Certiorari denied.

No. 01–1586.  EVERHART v. ALLMERICA FINANCIAL LIFE INSURANCE CO., DBA STATE MUTUAL LIFE ASSURANCE COMPANY OF AMERICA.  C. A. 9th Cir.  Certiorari denied.